■ In the Matter of DIANA P., a Person Alleged to be a Juvenile Delinquent, Appellant. [852 NYS2d 838]—

The court properly exercised its discretion in adjudicating appellant a juvenile delinquent rather than a person in need of supervision (*see e.g. Matter of Rosemary R.*, 29 AD3d 309 [2006]), in view of her violent conduct toward her father in the underlying incident, as well as appellant's history of violent behavior at school and truancy problems. Concur—Lippman, P.J., Gonzalez, Sweeny and Catterson, JJ.